SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7359
Facsimile: (415) 436-7234

Attorneys for Plaintiff

FILED
FEB 2 6 2007   E-Filing
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO GIL-TSUN,<br><br>Defendant. | No. 07-70076 MEJ<br><br>REVISED [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM FEBRUARY 26, 2007 TO MARCH 19, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

On February 7, 2007, the Honorable Maria Elena James issued a Complaint charging the Defendant with a violation of Title 8, Section 1326 and on February 9, 2007, the Defendant was arraigned on that Complaint. On February 15, 2007, the Defendant waived a detention hearing without prejudice and the matter was set for a Preliminary Hearing on February 26, 2007.

On February 14 and 15, 2007, counsel for the Government served counsel for the Defendant with discovery in this matter. Counsel for the Government and Defendant are currently discussing a pre-indictment resolution of this case. Further, counsel for the Defendant does not believe it is in his client's best interests for the government to indict the case within 30 days of arrest on the Complaint, as required under 18 U.S.C. § 3161(b).

On February 22, 2007, the parties filed a Proposed Order and Stipulation seeking to exclude

1  time that did not seek the full relief requested herein.

2  Accordingly, the parties have agreed as follows:

3  1.  That Proposed Order and Stipulation filed on February 22, 2007 should not be acted upon
4      by the Court and is hereby amended.
5  2.  The Preliminary Hearing shall be removed from the February 26, 2007 calendar and be
6      continued until March 19, 2007.
7  3.  The Defendant agrees to an exclusion of time under the Speedy Trial Act. Failure to
8      grant the requested continuance would unreasonably deny both Government and Defense
9      counsel reasonable time necessary for effective preparation, taking into account the
10     exercise of due diligence, the need for both sides to investigate the facts of the case, and
11     the on-going attempts to reach a pre-indictment disposition.
12 4.  Given these circumstances, parties agree and the Court should find that the ends of justice
13     served by excluding the period from February 26, 2007 to March 19, 2007 outweigh the
14     best interest of the public and the Defendant in a speedy trial. Id. § 3161(h)(8)(A).
15 IT IS SO STIPULATED.

16 DATED: February 23, 2007          /s/
17                                    DENISE MARIE BARTON
                                      Assistant United States Attorney
18

19 DATED: February 23, 2007          /s/
20                                    STEVEN J. KOENINGER
                                      Attorney for ARMANDO GIL-TSUN
21 **IT IS SO ORDERED.**

22 Pursuant to the parties' Stipulation and for the reasons set forth above, the Preliminary Hearing
23 shall be removed from the February 26, 2007 calendar and continued until March 19, 2007 and
24 the time from February 26, 2007 to March 19, 2007 shall be excluded from the Speedy Trial Act
25 calculations.

26

27 DATED: **2-26-07**
                                      THE HON. MARIA ELENA JAMES
28                                    United States Magistrate Judge

STIPULATION AND ORDER
07-70076 MEJ                          2