|   |   |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 3 | |
| 4 | DENISE MARIE BARTON (MABN 634052)<br>Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102 |
| 6 | Telephone: (415) 436-7359<br>Facsimile:  (415) 436-7234 |
| 7 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA,  ) | No. 07-70076 MEJ |
|---|---|
| Plaintiff,  ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM APRIL 11, 2007 TO MAY 9, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v.  ) | |
| ARMANDO GIL-TSUN,  ) | |
| Defendant.  ) | |

On February 7, 2007, the Honorable Maria Elena James issued a Complaint charging the Defendant with a violation of Title 8, Section 1326 and on February 9, 2007, the Defendant was arraigned on that Complaint. On February 15, 2007, the Defendant waived a detention hearing without prejudice and the matter was set for a Preliminary Hearing on February 26, 2007. On February 26, 2007, the Honorable Maria Elena James, upon Stipulation of the parties, ordered that the Preliminary Hearing be continued until March 19, 2007. On March 16, 2007 and March 28, 2007, the Honorable Joseph C. Spero, upon Stipulation of the parties, ordered that the Preliminary Hearing be continued until March 29, 2007 and April 11, 2007, respectively.

Counsel for the Government and Defendant are currently discussing a pre-indictment resolution of this case. Further, counsel for the Defendant does not believe it is in his client's

best interests for the government to indict the case within 30 days of arrest on the Complaint, as required under 18 U.S.C. § 3161(b).

Accordingly, the parties have agreed as follows:

1. The Preliminary Hearing shall be removed from the April 11, 2007 calendar and be continued until May 9, 2007.

2. The Defendant agrees to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both Government and Defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, the need for both sides to investigate the facts of the case, and the on-going attempts to reach a pre-indictment disposition.

3. Given these circumstances, the parties agree and the Court should find that the ends of justice are served by excluding the period from April 11, 2007 to May 9, 2007 from the Speedy Trial Act calculation and outweigh the best interest of the public and the Defendant in a speedy trial. Id. § 3161(h)(8)(A).

IT IS SO STIPULATED.

DATED: April 10, 2007

/s/
DENISE MARIE BARTON
Assistant United States Attorney

DATED: April 10, 2007

/s/
STEVEN J. KOENINGER
Attorney for ARMANDO GIL-TSUN

**IT IS SO ORDERED.**

Pursuant to the parties' Stipulation and for the reasons set forth above, the Preliminary Hearing shall be removed from the April 11, 2007 calendar and continued until May 9, 2007 and the time from April 11, 2007 to May 9, 2007 shall be excluded from the Speedy Trial Act calculations.

DATED: 4/11/07

THE HON. EDWARD M. CHEN
United States Magistrate Judge

STIPULATION AND ORDER
07-70076 MEJ                                                    2